John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
ERIC W. SCHULTZ &
VERONICA L. SCHULTZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ERIC W. SCHULTZ and VERONICA L. SCHULTZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC FEDERAL BANK FSB. SECURED BANKERS MORTGAGE COMPANY, and DOES 1 – 10;<br><br>Defendants. | Case No.:  2:09-cv-00330 MCE DAD<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs ERIC W. SCHULTZ & VERONICA L. SCHULTZ have filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

/ / /

-1-

1  IT IS ORDERED that the above-captioned action, *Schultz v. Indymac Federal Bank FSB, & Secured Bankers Mortgage Company,* Case Number 2:09-cv-00330 MCE DAD, be, and hereby is, dismissed without prejudice.

DATED: October 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE